UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION

Job #: 32984

FRED HEIDARPOUR AND ABANTE ROOTER AND PLUMBING INC.

Plaintiff(s)

vs

EMPIRE CAPITAL FUNDING GROUP INC.

Defendant(s)

Index Number: 4:18:CV-00250

Date Filed:

Client's File No.:

Court Date:

STATE OF NEW YORK, COUNTY OF KINGS, SS.:

**Mohamed Bouri**, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 02/12/2018, at 11:15 AM at: 39-42 59TH ST #2, WOODSIDE, NY 11377 Deponent served the within COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF DEMAND FOR JURY TRIAL, SETTLEMENT CONFERENCE STANDING ORDER FOR MAGISTRATE JUDGE KANDIS A. WESTMORE, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, CONSENT OR DECLARATION TO MAGISTRATE JUDGE JURISDICTION, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, SUMMONS IN A CIVIL ACTION, NOTICE RE: TELEPHONIC APPEARANCE, SAMPLE OF TRIAL EXHIBIT TAGS, ECF REGISTRATION INFORMATION, STANDING ORDER FOR MAGISTRATE JUDGE KANDIS A. WESTMORE, FILING PROCEDURES, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

On: JOSE MARTINEZ EMPIRE CAPITAL FUNDING GROUP INC., therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to ( ) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having visited there

☒ **Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to HIDALGO RODRIGUEZ (AUTHORIZED) personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☒ **#5 MAILING**
On 02/15/2018, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business, 39-42 59TH ST #2, WOODSIDE, NY 11377 and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.
Certified & First Class Mail #

☒ **#6 DESCRIPTION**
Sex: Male  Color of skin: BROWN    Color of hair: BLACK    Glasses: Yes
Age: 35 - 44 Yrs.    Height: 5' 4" - 5' 8"    Weight: 161-190 Lbs.    Other Features:

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AL6369961
Qualified in Kings County
Commission Expires   January 22, 2022

Sworn to before me on 02/20/2018

Mohamed Bouri
1278466

SERVABLE LEGAL SUPPORT CO. 808 UNION STREET, SUITE 3A BROOKLYN, NY 11215 646-363-5527