Jon B. Fougner (State Bar No. 314097)
Email: Jon@FougnerLaw.com
600 California Street, 11th Fl.
San Francisco, CA 94108
Telephone: (434) 623-2843
Facsimile: (206) 338-0783

*Attorney for the Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FRED HEIDARPOUR and ABANTE ROOTER AND PLUMBING INC, <br><br> Plaintiffs, <br><br> v. <br><br> EMPIRE CAPITAL FUNDING GROUP INC., <br><br> Defendant. | Case 4:18-cv-00250-KAW <br><br> **PLAINTIFFS' REQUEST TO ENTER DEFAULT AGAINST DEFENDANT EMPIRE CAPITAL FUNDING GROUP INC.** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

    Plaintiffs Fred Heidarpour and Abante Rooter and Plumbing Inc hereby request that the Clerk of the above-entitled Court enter default against Defendant Empire Capital Funding Group Inc. on the grounds that Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiffs caused the complaint, summons and other required documents to be served on Defendant on February 12, 2018, as evidenced by the affidavit of service filed in this matter. Dkt. No. 7 at 1.

    The above-stated facts are set forth in the accompanying declaration of Jon B. Fougner.

RESPECTFULLY SUBMITTED AND DATED this 7th day of March, 2018.

By:   /s/ Jon B. Fougner
Jon B. Fougner
*Attorney for the Plaintiffs*

1  Jon B. Fougner (State Bar No. 314097)
   Email: Jon@FougnerLaw.com
2  600 California Street, 11th Fl.
   San Francisco, CA 94108
3  Telephone: (434) 623-2843
   Facsimile: (206) 338-0783
4

5  *Attorney for the Plaintiffs*

6

7

8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                          OAKLAND DIVISION
10

11 | FRED HEIDARPOUR and ABANTE
   | ROOTER AND PLUMBING INC,           Case 4:18-cv-00250-KAW
12 |
   |            Plaintiffs,             **DECLARATION OF JON B. FOUGNER
13 |                                    IN SUPPORT OF PLAINTIFFS'
   |      v.                            REQUEST TO ENTER DEFAULT
14 |                                    AGAINST DEFENDANT EMPIRE
   | EMPIRE CAPITAL FUNDING GROUP       CAPITAL FUNDING GROUP INC.**
15 | INC.,
16 |
   |            Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

                                    - 1 -

I, Jon B. Fougner, declare under penalty of perjury:

1. I am an adult over 18 years of age. I have personal knowledge of the facts set forth herein. I could and would testify to them if called upon to do so.

2. In the above-captioned matter, I am the attorney representing the plaintiffs: Fred Heidarpour and Abante Rooter and Plumbing Inc. This declaration is made in support of Plaintiffs' request that the Clerk of the above-entitled Court enter default against Defendant Empire Capital Funding Group Inc. on the grounds that it has failed to answer or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

3. I hired a process server in this matter. He returned an affidavit of service to me. I filed a true and correct copy of it with the Court. As shown therein, Plaintiffs caused the summons, complaint and other required documents to be served on Defendant on February 12, 2018. Docket No. 7 at 1. According to the Federal Rules of Civil Procedure, including Rule 12(a)(1)(A)(i), Defendant was required to file an answer or otherwise respond by March 5, 2018.

4. I have not received any answer or other response from Defendant.

5. I checked the docket of the above-captioned case on CM/ECF today. It did not show any answer or other response from Defendant.

RESPECTFULLY SUBMITTED AND DATED this 7th day of March, 2018.

By:   /s/ Jon B. Fougner
      Jon B. Fougner
      *Attorney for the Plaintiffs*