UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                General Court Number
Clerk of Court                                                                                     510-637-3530

March 16, 2018

RE: 18-cv-00250-KAW  Heidarpour v. Empire Capital Funding Group Inc.

Default is entered as to Empire Capital Funding Group Inc. on March 16, 2018.

Susan Y. Soong, Clerk

_____
by: Jacquelyn Lovrin
Case Systems Administrator
(510) 637-1873