1

2

3

4
UNITED STATES DISTRICT COURT

5
NORTHERN DISTRICT OF CALIFORNIA

6

7
FRED HEIDARPOUR, et al.,

Case No.  18-cv-00250-KAW

8
            Plaintiffs,

**ORDER REASSIGNING CASE**

9
        v.

10
EMPIRE CAPITAL FUNDING GROUP INC.,

11
            Defendant.

12

13
    GOOD CAUSE APPEARING THEREFORE,

14
    IT IS ORDERED that this case is reassigned to the Honorable Yvonne Gonzalez Rogers in

15
the Oakland division for all further proceedings.  **Counsel are instructed that all future filings**

16
**shall bear the initials YGR immediately after the case number.**

17
    All hearing and trial dates presently scheduled are vacated.  However, existing briefing

18
schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge

19
to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior

20
briefing schedule.  Other deadlines such as those for ADR compliance and discovery cutoff also

21
remain unchanged.

22
Dated:  June 25, 2018                    FOR THE EXECUTIVE COMMITTEE

23

24
                        *Susan Y. Soong*

25
                        Susan Y. Soong
                        Clerk, United States District Court

26

27

28
A true and correct copy of this order has been served by mail upon any pro se parties.