UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FRED HEIDARPOUR and ABANTE ROOTER AND PLUMBING INC, <br><br> Plaintiffs, <br><br> v. <br><br> EMPIRE CAPITAL FUNDING GROUP INC., <br><br> Defendant. | Case 4:18-cv-00250-YGR <br><br> **DECLARATION OF FRED HEIDARPOUR IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR DEFAULT JUDGMENT** <br><br> Judge: Hon. Kandis A. Westmore <br> Date: September 20, 2018 <br> Time: 1:30 pm <br> Court: 1301 Clay Street, Oakland, CA 94612 |

- 1 -

DECL. FRED HEIDARPOUR SUPP. PLS.' NOTICE RENEWED MOT. DEFAULT J.
*Heidarpour v. Empire Capital Funding Grp., Inc.*, Case No. 4:18-cv-00250-YGR

I, Fred Heidarpour, declare under penalty of perjury:

1. I am an adult over 18 years of age.

2. I have personal knowledge of the facts set forth herein. I could and would testify to them if called upon to do so.

3. I am the CEO and owner of Abante Rooter and Plumbing Inc ("Abante").

4. I believe that one of the main reasons Abante is deluged with robocalls is that telemarketers are specifically seeking out local business owners, whom they believe have budgets to spend on things like business loans and credit card processing equipment. Also they try to target people that have some sort of contracting license since they work outside and carry their phone with them. This is what they have told me. I have talked to fellow small business owners and they have told me that they, too, receive dozens of unsolicited robocalls per month. However, the vast majority of them, for various reasons, have never brought a TCPA case.

5. I have brought TCPA cases against a minority of the telemarketers from whom I have received unsolicited calls that I believe to be illegal. Unfortunately, it is like playing a game of whack-a-mole, and far more keep cropping up than I have time to go after

6. Abante spends a minority of its time fighting illegal telemarketing and most of its time on plumbing. I spend a minority of my Abante-related time fighting illegal telemarketing and most of my Abante-related time managing its plumbing business.

7. Attached as Exhibit 1 is a true and correct copy of an email I received from the Federal Trade Commission. It concerns my (480) 595-XXXX number referenced in the complaint. It shows that the number has been listed on the National Do Not Call Registry since November 12, 2014. To the best of my recollection, I placed the number on the National Do Not Call Registry on that date by entering it on the relevant page on the FTC's website or by asking someone else to do so.

8. Attached as Exhibit 2 is a true and correct copy of an email I received from the Federal Trade Commission. It concerns Abante's (925) 253-XXXX number referenced in the complaint. It shows that the number has been listed on the National Do Not Call Registry since February 21, 2007. To the best of my recollection, I placed the number on the National Do Not

Call Registry on that date by entering it on the relevant page on the FTC's website or by asking someone else to do so.

9. One of the times I asked Empire Capital Funding Group Inc. ("Empire Capital") to stop calling was in an email on November 18, 2015, a true and correct copy of which is attached as Exhibit 3.

10. One of the times I asked Empire Capital to stop calling was in an email on November 29, 2015, a true and correct copy of which is attached as Exhibit 4.

11. One of the times I complained to Empire Capital about its unwanted calls was in an email on October 15, 2016, a true and correct copy of which is attached as Exhibit 5.

RESPECTFULLY SUBMITTED AND DATED this 1st day of August, 2018.

By: *[signature]*
Fred Heidarpour