**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FRED HEIDARPOUR, ET AL.,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**EMPIRE CAPITAL FUNDING GROUP INC.,**<br><br>　　Defendant. | Case No.: 18-cv-00250-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; GRANTING IN PART AND DENYING IN PART RENEWED MOTION FOR DEFAULT JUDGMENT**<br><br>**DKT. NOS. 26, 30** |

The Court has reviewed the Report and Recommendation (Dkt. No. 30, "Report") on the Renewed Motion of Plaintiffs Fred Heidarpour and Abante Rooter and Plumbing Inc. for Default Judgment (Dkt. No. 26) issued by Magistrate Judge Kandis A. Westmore. No party has filed an objection to the Report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Plaintiffs adequately remedied the deficiencies the Court identified in its Order (Dkt. No. 25) declining to adopt the first Report and Recommendation (Dkt. No. 19) and denying the initial Motion for Default Judgment (Dkt. No. 16) without prejudice. The Court now has sufficient information to enter default judgment against defendant.

Accordingly, and for the reasons set forth in the Report, plaintiffs' Renewed Motion for Default Judgment is **GRANTED IN PART AND DENIED IN PART**, and default judgment shall be entered in favor of plaintiffs and against defendant Empire Capital Funding Group, Inc., in the total amount of $75,475.00, which amount shall be apportioned $74,000.00 for plaintiff Heidarpour, $1,000.00 for plaintiff Abante Rooter and Plumbing, Inc., and $475.00 in costs.

This terminates Docket Nos. 26 and 30.

**IT IS SO ORDERED.**

Dated: January 30, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**